# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ORCHARDDEPOT.COM, a business entity form unknown; CASEY DONAHUE, an individual; IAN DONAHUE, an individual; JOHN DOE NO. 1, an unknown seller on Amazon.com aka NYURKA80; JOHN DOE NO. 2, an unknown seller on Amazon.com aka GardenSoul; and JOHN DOE NO. 3, an unknown seller on Amazon.com aka Garden55,<br><br>Defendants. | CASE NO. 4:17-cv-02905-JSW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Judge: Honorable Jeffrey S. White |

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AND COURT'S RETAINING OF JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT

This Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement reached between the parties, which is incorporated herein by reference. It is hereby ORDERED that this case is dismissed with prejudice.

Dated: March 16, 2018

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White